IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**RANDY OUTLAW**                                                       **PETITIONER**

**V.**                                                              **NO. 1:08CV263-A-D**

**RONALD KING, et al.**                                         **RESPONDENTS**

## FINAL JUDGMENT

In accordance with the opinion issued this day, the instant cause is **DISMISSED** without prejudice and this case is **CLOSED**. Petitioner's motion to proceed IFP (docket entry 2) is **DENIED**.

**IT IS SO ORDERED.**

THIS the   23rd   day of December, 2008.

                                                     /s/ Sharion Aycock
                                                     **UNITED STATES DISTRICT JUDGE**
                                                     **NORTHERN DISTRICT OF MISSISSIPPI**